UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Terrence Dasher**,　　　　　　　　　　　　　08-CV-02206-SRT

　　　　　Plaintiff,　　　　　　　　　　**ORDER DISMISSING COMPLAINT**
　　　　　　　　　　　　　　　　　　　　**FOR FAILURE TO PROSECUTE**

v.

**Bret Williams, et al.**,

　　　　　Defendants.

_____

On March 12, 2009, the Court filed an Order dismissing Plaintiff's complaint with leave to file an amended complaint on or before April 10, 2009.  The Court cautioned Plaintiff that if he failed to file a timely amended complaint, the action would be dismissed.  Plaintiff has not filed an amended complaint, and the action is accordingly DISMISSED for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment accordingly and close the file.

IT IS SO ORDERED.

DATED: June 29, 2009

    _/s/ Sidney R. Thomas_____
    Sidney R. Thomas, United States Circuit Judge
    Sitting by Designation